IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JULIAN MARSHALL WILLIAMS**                                                             **PLAINTIFF**

**v.**                          **Case No: 4:25-cv-00138-LPR**

**LEE SKINNER, et al.**                                                                   **DEFENDANTS**

## JUDGMENT

       Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

       IT IS SO ADJUDGED this 29th day of August 2025.

                                                          _____
                                                          LEE P. RUDOFSKY
                                                          UNITED STATES DISTRICT JUDGE